# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PETER GEORGE NOE,<br><br>  Petitioner,<br><br>  v.<br><br>Warden, USP VICTORVILLE,<br><br>  Respondents. | NO. CV 17-01574-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 11, 2017.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE